UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KINGS COUNTY JAIL, et al.,<br><br>    Defendants. | 1:20-cv-00447-GSA-PC<br><br>**ORDER STRIKING PLAINTIFF'S OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS FOR LACK OF SIGNATURE**<br>**(ECF No. 9.)**<br><br>**ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OBJECTIONS**<br><br>**TWENTY (20)-DAY DEADLINE FOR PLAINTIFF TO FILE FURTHER OBJECTIONS** |

John Reyna ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2021, Plaintiff filed objections to the findings and recommendations issued on September 20, 2021. (ECF No. 9.) The objections are unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's objections shall be STRICKEN from the record.[1] However, good cause appearing, Plaintiff shall be granted twenty (20) days from the date of service of this order in which to file further objections.

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, ECF No. 3 at 2:7-8.)

1

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections to the court's findings and recommendations, filed on October 5, 2021, are STRICKEN from the record for lack of signature; and

2. Good cause appearing, Plaintiff is granted twenty (20) days from the date of service of this order in which to file further objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:  **October 6, 2021**                              **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE