UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KINGS COUNTY JAIL, et al.,<br><br>    Defendants. | 1:20-cv-00447-AWI-GSA-PC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 8.)**<br><br>**ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>**THIRTY-DAY DEADLINE**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THE SCREENING ORDER ISSUED ON JULY 28, 2021**<br>**(ECF No. 6.)** |

    John Reyna ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 27, 2020. (ECF No. 1.)

    On September 20, 2021, the court issued findings and recommendations, recommending that this case be dismissed for Plaintiff's failure to comply with the court's screening order which required him to file an amended complaint within thirty days. (ECF No. 8.) On October 20, 2021, Plaintiff filed objections to the findings and recommendations. (ECF No. 11.) Plaintiff states that he does not have the proper information to prepare an amended complaint because he

1

sent all of his legal paperwork home to avoid retaliation for filing a lawsuit.  Plaintiff requests the court to allow this case to proceed.

Plaintiff has shown good cause for the court to vacate the findings and recommendations issued on September 20, 2021 and grant him a thirty-day extension of time to file the amended complaint.  Before preparing the amended complaint, Plaintiff is advised to review the court's screening order for information and guidance on how to possibly cure the deficiencies in the Complaint identified by the court in the screening order.  The Clerk's Office shall be directed to send Plaintiff a copy of the screening order.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's findings and recommendations, issued on September 20, 2021, are withdrawn;
2. The Clerk's Office is directed to send Plaintiff a copy of the court's screening order issued on July 28, 2021 (ECF No. 6);
3. Plaintiff is granted an extension of time until thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's screening order issued on July 28, 2021;
4. If Plaintiff requires a further extension of time, he should file a motion for extension of time before the deadline in this order expires; and
5. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed in its entirety.

IT IS SO ORDERED.

Dated:  **October 22, 2021**              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE