UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>  Plaintiffs,<br><br> vs.<br><br>KINGS COUNTY JAIL, et al.,<br><br>  Defendants. | 1:20-cv-00447-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (ECF No. 16.)**<br><br>**ORDER FOR THIS CASE TO PROCEED ONLY WITH PLAINTIFF'S RETALIATION CLAIMS AGAINST DEFENDANTS VALDEZ, PUTNAM, AND ALCALA**<br><br>**ORDER DISMISSING ALL OTHER CLAIMS AND DEFENDANTS** |

John Reyna ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2022, the Court entered Findings and Recommendations, recommending that this action proceed only against defendants Valdez, Putnam, and Alcala for retaliation in violation of the First Amendment, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (ECF No. 16.) Plaintiff was provided an opportunity to file objections to the Findings and Recommendations within fourteen days. To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 10, 2022, are ADOPTED in full;

2. This action now proceeds with Plaintiff's First Amended Complaint, filed on November 19, 2021, against defendants Valdez, Putnam, and Alcala for retaliation in violation of the First Amendment;

3. All remaining claims and defendants are DISMISSED from this action;

4. Defendants Kings County Jail and Syndre (Mailroom Staff) are dismissed from this action based on Plaintiff's failure to state any claims against them upon which relief may be granted against him;

5. Plaintiff's claims for violation of due process, religious freedom under the First Amendment, and violation of RLUIPA are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted; and

6. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process

IT IS SO ORDERED.

Dated:   June 10, 2022                                         _____
                                                                                    SENIOR DISTRICT JUDGE