UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KINGS COUNTY JAIL, et al.,<br><br>    Defendants. | 1:20-cv-00447-AWI-GSA-PC<br><br>**ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br>**(ECF No. 13.)** |

John Reyna ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On March 27, 2020, Plaintiff filed the Complaint commencing this action  (ECF No. 1.)  On July 28, 2020, the Court screened the Complaint and dismissed it for violation of Rule 18(a), with leave to amend.  (ECF No. 6.)

On November 19, 2021, Plaintiff filed the First Amended Complaint. (ECF No. 13.) The court screened the First Amended Complaint and issued an order on February 14, 2022, requiring Plaintiff to either: (1) File a Second Amended Complaint, or (2) Notify the Court that he is willing to proceed only with the retaliation claims against Defendants Valdez, Putnam, and Alcala found cognizable by the Court and dismissing all other claims and defendants.  (ECF No. 14.)

On March 3, 2022, Plaintiff notified the court that he is willing to proceed only with the claims in the First Amended Complaint found cognizable by the court. (ECF No. 15.)  On June 10, 2022, the court ordered that this case proceed only against defendants Valdez, Putnam, and Alcala for retaliation in violation of the First Amendment, and dismissing all other claims and defendants. (ECF No. 17.)  The court now finds the First Amended Complaint appropriate for service of process.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for defendants Valdez, Putnam, and Alcala;
2. The Clerk of Court shall SEND Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint filed on November 19, 2021 (ECF No. 13);
3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
   a. Completed summonses;
   b. Completed USM-285 forms for defendants Valdez, Putnam, and Alcala; and
   c. Four (4) copies of the endorsed First Amended Complaint filed on November 19, 2021;
4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the

United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>The failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **June 13, 2022**                                   **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE