UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KINGS COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | 1:20-cv-00447-ADA-GSA-PC<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>**DEADLINE:** <u>July 10, 2023</u> |

**I.　BACKGROUND**

John Reyna ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 27, 2020.  (ECF No. 1.)  This case proceeds with the First Amended Complaint filed on November 19, 2021 against Defendants Valdez, Putnam, and Alcala ("Defendants"), for retaliation in violation of the First Amendment.  (ECF No. 13.)

On September 6, 2022, the Court issued the Discovery and Scheduling Order, setting out deadlines for the parties including a discovery deadline of March 6, 2023 and a dispositive motion filing deadline of May 6, 2023.  (ECF No. 24.)  All of the deadlines have now expired and no dispositive motions have been filed.  No other motions are pending.

1

At this stage of the proceedings, the Court ordinarily proceeds to schedule the case for trial.

## II. SETTLEMENT PROCEEDINGS

The Court is able to refer cases for mediation before a participating United States Magistrate Judge. Settlement conferences are ordinarily held in person at the Court or at a prison in the Eastern District of California. Plaintiff and Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.[1]

Defendants' counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that **on or before July 10, 2023**, Plaintiff and Defendants shall each file a written response to this order, notifying the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.[2]

IT IS SO ORDERED.

Dated:   **June 7, 2023**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.