UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>KINGS COUNTY JAIL, et al.,<br><br>            Defendants. | 1:20-cv-00447-ADA-GSA-PC<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE SCHEDULED FOR TRIAL**<br><br>**DEADLINE FOR DEFENDANTS TO RESPOND:**<br><br>**SEPTEMBER 15, 2023** |

    John Reyna ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Original Complaint commencing this action on March 27, 2020 (ECF No. 1). This case now proceeds on Plaintiff's First Amended Complaint filed on November 19, 2021 (ECF Nos. 13), and limited by the Court's order of June 10, 2022 (ECF No. 17).

    On June 7, 2023, the Court issued an order for the parties to respond whether a settlement conference would be beneficial in this case  (ECF No. 31.)  On July 10, 2023, Defendants responded to the Court's order indicating that they do not believe that at the present time a Court settlement conference with the Court is necessary.  (ECF No. 32.)  Defendants assert that the parties have engaged in discussions regarding a potential settlement and would like to continue

1

these efforts.  Defendants state that they will notify the Court should the negotiations fail and they believe a settlement conference would be of benefit.

On July 20, 2023, Plaintiff responded to the Court's order informing the Court that he does not believe a settlement conference would be productive and would like to proceed to schedule the trial.  (ECF No. 33.)

**ORDER TO SHOW CAUSE**

Based on the foregoing, **IT IS HEREBY ORDERED** that **on or before September 15, 2023**, Defendants shall file a written response to the Court's order, showing cause why the Court should not schedule this case for trial.

IT IS SO ORDERED.

Dated:   **August 21, 2023**               /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE