UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>             Plaintiff,<br><br>     v.<br><br>KINGS COUNTY JAIL, et al.,<br><br>             Defendants. | No.  1:20-cv-00447 NODJ GSA (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS MATTER SHOULD NOT PROCEED TO TRIAL<br><br>(ECF No. 34)<br><br>ORDER DIRECTING PARTIES TO COMPLETE AND FILE NEW ORDER RE: CONSENT OR REQUEST FOR REASSIGNMENT FORMS BY **JANUARY 26, 2024** |

Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

For the reasons stated below, Plaintiff will be given a second and final opportunity to file a showing of cause in response to the Court's August 2023 order.  In addition, in light of the recent elevation of previously assigned District Judge Ana de Alba to the Ninth Circuit, the parties will be directed to complete and file new consent or request forms with the Court.

1

I.     BACKGROUND

In June 2023, the Court directed the parties to notify it whether they believed a settlement conference would be beneficial.  ECF No. 31.  Shortly thereafter, in July 2023, all parties filed statements indicating that they did not believe they would benefit from one.  ECF Nos. 32, 33 .  In Plaintiff's response to the Court, Plaintiff also added that he wanted to proceed to trial.  See ECF No. 33.

On August 22, 2023, the Court issued an order directing the parties to show cause why this matter should not be scheduled for trial.  ECF No. 34.  On September 14, 2023, Defendants filed a response to the Court's order ECF No. 36,  stating  that "Defendants do not dispute that trial should be set in this matter".  Id. at 1.  To date however, Plaintiff has not responded to Court's order to show cause.

II.    DISCUSSION

This case has been on the Court's docket since March of 2020.  See ECF No. 1 (Plaintiff's Complaint docketed March 27, 2020).  Recently, Judge de Alba, who was the district judge assigned to this case, was elevated to serve on the Ninth Circuit Court of Appeals.  As a result, currently no district judge is assigned to this matter to preside over it.  Moreover, it has yet to be determined when a new district judge will be assigned.  Finally, because Plaintiff has failed to respond to the Court's showing of cause order, it is unclear whether he would still prefer to proceed to trial.

In light of these facts, in an attempt to move this matter forward and towards final resolution, once again, Plaintiff will be ordered to show cause why this matter should not proceed to trial and to do so within thirty days.  In addition, the parties will be given the option again of consenting to a magistrate judge to preside over the proceedings.  See 28 U.S.C. § 636(c)(1) (stating parties may consent to magistrate judge conducting any or all proceedings in jury civil matter).  The Clerk of Court will be directed to resend consent / decline forms to the parties, and they will be given thirty days to return them to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a response to the Court's showing of cause order issued August 22, 2023, no later than **January 26, 2024**.

2. The Clerk of Court shall send the parties new copies of this Court's Order Re: Consent or Request for Reassignment form, and

3. The parties shall complete and file the Order Re: Consent form by **January 26, 2024**.

IT IS SO ORDERED.

Dated:   **December 28, 2023**                           /s/ Gary S. Austin
                                                                    UNITED STATES MAGISTRATE JUDGE