UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>            Plaintiff,<br><br>   v.<br><br>KINGS COUNTY JAIL, et al.,<br><br>            Defendants. | No.  1:20-cv-00447 NODJ GSA (PC)<br><br>**SECOND** ORDER DIRECTING DEFENDANTS TO COMPLETE AND FILE NEW ORDER RE:  CONSENT OR REQUEST FOR REASSIGNMENT FORMS BY **FEBRUARY 23, 2024** |

This matter is at the pretrial stage of the proceedings.  On December 29, 2023, the Court ordered the parties to complete and return the Court's Order Re:  Consent or Request for Reassignment form, and to do so within thirty days.  ECF No. 39 at 3.  The purpose of ordering the parties to complete and return the form to the Court was to attempt to move certain cases forward more quickly given former presiding District Judge Ana de Alba's elevation to the Ninth Circuit and the resulting lack of a District Judge to preside over this matter.  See id. at 2.

Plaintiff returned his form within the time allotted, and it was docketed on January 8, 2024.  See ECF No. 42.  Defendants however have not returned the form, nor have they filed a request for an extension of time to do so.

Defendants will be ordered a **second** time to complete and return the consent / decline form.  They will be given until **February 23, 2024,** to do so.

1

1    Accordingly, IT IS HEREBY ORDERED that Defendants shall complete and return the
2    Court's Order Re:  Consent or Request for Reassignment form by **February 23, 2024**.
3    **Defendants are cautioned that failure to comply with this order within the time**
4    **allotted may result in sanctions levied against them for failure to obey court orders.**  See
5    Local Rule 110.

IT IS SO ORDERED.

   Dated:   **February 16, 2024**                      **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

2