UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>   Plaintiff,<br><br>   v.<br><br>KINGS COUNTY JAIL, et al.,<br><br>   Defendants. | No. 1:20-cv-00447 KES GSA (PC)<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER<br><br>ORDER DIRECTING PARTIES TO FILE NOTICES INFORMING COURT WHETHER THEY ARE OPEN TO PARTICIPATING IN SETTLEMENT HEARING<br><br>PARTIES TO COMPLY WITH THIS ORDER BY **JUNE 20, 2024** |

Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter is at the pretrial stage of the proceedings.

On August 22, 2023, the Court ordered the parties to show cause why this matter should not be set for trial. ECF No. 34. In response, on September 14, 2023, Defendants stated that they did not dispute that this matter should be set for trial. ECF No. 36.

In early December 2023, the Chief Magistrate Judge issued an order which informed the parties that the District Judge who had previously been assigned to this matter had been elevated to the Ninth Circuit, thereby temporarily leaving no District Judge to preside over this matter.

1  See ECF No. 38.  Thereafter, in late December 2023, the Court issued a second order directing

2  Plaintiff to show cause why the matter should not proceed to trial. ECF No. 39.  In January 2024,

3  Plaintiff filed a response to the order, which indicated that he, too, did not dispute that the matter

4  should be set for trial.  ECF No. 41.

5        On March 14, 2024, a new District Judge was assigned to this matter.  ECF No. 46.

6  Given this, as well  as the last time the parties were directed to show cause why this matter should

7  not proceed to trial was back in September 2023, the Court in a renewed attempt to expedite these

8  proceedings will direct the parties to briefly meet and confer in order to discuss whether they

9  believe a settlement conference would be beneficial at this time.  Thereafter, they shall file

10  independent notices with the Court to inform it of their respective decisions.  The parties will be

11  given thirty days to do so.

12        Accordingly, IT IS HEREBY ORDERED that:

13        1.  The parties shall MEET AND CONFER in order to determine whether a settlement

14  conference would be acceptable and beneficial;

15        2.  After the meet and confer, the parties shall independently INFORM THE COURT of

16  their decisions, and

17        3.  The parties shall have thirty days from the date of this order – **by June 20, 2024,** – to

18  comply with it.

19

20

21  IT IS SO ORDERED.

22     Dated:   **May 22, 2024**                           **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28