UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>            Plaintiff,<br><br>    v.<br><br>KINGS COUNTY JAIL, et al.,<br><br>            Defendants. | No.  1:20-cv-00447 KES GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO SUBPOENA CERTAIN WITNESSES AS INCOMPLETE<br><br>See ECF Nos. 55, 56, 58<br><br>PLAINTIFF'S RESUBMITTED MOTIONS TO SUBPOENA CERTAIN WITNESSES, IF ANY, TO BE FILED NO LATER THAN JANUARY 17, 2025<br><br>See ECF No. 51 at 7 |

Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the pretrial stage of the proceedings.  See ECF No. 51 (second scheduling order (trial)).

Before this Court are Plaintiff's three motions to have certain witnesses subpoenaed.  ECF Nos. 55. 56. 58.  For the reasons stated below, the Court will deny the motions as incomplete.  In addition, Plaintiff will be ordered to file new complete requests that comply with the directions in the Court's second scheduling order issued October 29, 2024.

1

## I. RELEVANT FACTS

This matter is set for trial on May 6, 2025. See ECF No. 51 at 6. On December 9, 2024, Plaintiff filed three motions requesting the Court to issue subpoenas for several individuals. See ECF Nos. 55, 56, 58. Although Plaintiff does not state as much in the filings, given that Plaintiff is asking that subpoenas issue, the Court presumes that these individuals are unincarcerated and unwilling to testify voluntarily.

## II. GENERAL FINDINGS

A review of Plaintiff's motions indicate that they only name the individuals that he wishes to have subpoenaed. See generally ECF Nos. 55, 56, 58. The requests do not provide the location information that the U.S. Marshal will need to serve the individuals, nor are the requests accompanied by the $40.00 / day witness fees. Finally, prior to the Court issuing subpoenas for these individuals, money for the travel expenses for each of them will need to be calculated by the Court who will thereafter notify Plaintiff of the calculated amount. Plaintiff must then, for each witness, submit a money order made payable to the witness for the full amount of the witness's travel expenses plus the daily witness fee of $40.00. The subpoena will not be served upon the unincarcerated witness by the United States Marshal unless the money order is tendered to the Court. All this information is contained in the Court's second scheduling order (trial) issued on October 29, 2024. See ECF No. 51 at 7 (information regarding how to obtain attendance of unincarcerated witnesses who refuse to testify).

For these reasons, Plaintiff's requests will be denied as incomplete. Plaintiff may, however, resubmit the requests by the January 17, 2025, deadline. See ECF No. 51 at 7. However, the requests must comply with the instructions in the second scheduling order. If they do not, and/or the new requests are not timely filed, subpoenas for the individuals will not be issued by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for subpoenas (ECF Nos. 55, 56, 58) are DENIED as INCOMPLETE, and

2. Plaintiff may RESUBMIT the subpoena requests no later than the January 17, 2025,

deadline stated in the second scheduling order (trial).  See generally ECF No. 51.

**Plaintiff is informed that absent exigent circumstances, any new requests must be received by the January 17, 2025, due date, not placed in the mail by that date, as the U.S. Marshal will need sufficient time to process and serve any subpoenas.**

IT IS SO ORDERED.

Dated: __December 19, 2024__                         _____/s/ Gary S. Austin_____
                                                                                     UNITED STATES MAGISTRATE JUDGE

3