1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN REYNA,                          No. 1:20-cv-00447 KES GSA (PC)

12                Plaintiff,              ORDER REGARDING TRIAL WITNESS
                                          AND TRAVEL FEES TO BE PAID BY
13        v.                              PLAINTIFF

14   KINGS COUNTY JAIL, et al.,           PLAINTIFF'S FEES DUE IN FOURTEEN
                                          DAYS
15                Defendants.

16

17        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is in the

20   pretrial phase of the proceedings.  See ECF No. 51 (second scheduling order).

21        Consistent with the concurrently issued order which addresses Plaintiff's most recent

22   motions for subpoenas (see ECF Nos. 60, 61 & 62) and Defendants' opposition to them (see ECF

23   No. 64), and in the interests of efficiency, the Court will preemptively calculate the anticipated

24   costs to Plaintiff for certain witness and travel fees.  This will enable Plaintiff to begin to collect

25   these funds earlier than if the Court were to wait for Plaintiff to file complete subpoena requests

26   and rule on any opposition Defendants may file regarding Plaintiff's request to waive the travel

27   and witness fees of Defendants.  Plaintiff will have fourteen days from the date of this order to

28   tender certain money orders to the Court.

                                          1

I.    RELEVANT FACTS

On January 13, 2025, Plaintiff's motions requesting the attendance of unincarcerated witnesses who may be unwilling to testify were docketed.  ECF Nos. 60, 61 & 62.  In the first request (ECF No. 60), Plaintiff requests that Defendants Alcala, Putnam, and Valdes can be served with subpoenas through their attorney.  Id.  He states that Defendants are all employed at Kings County Jail ("KCJ").  Id.  Plaintiff also requests that Defendants' witness and travel fees be waived because, as Defendants in this case, presumably, they will already have to be at the trial.  Id.

In Plaintiff's second subpoena motion (ECF No. 61), he requests that one "D.T. Marci," last name unknown, who is in charge of the mailroom at KCJ, be subpoenaed.  Id.  Finally, in Plaintiff's third motion to subpoena unincarcerated witnesses (ECF No. 62), Plaintiff requests that a "Sergeant Sriber"[1] who serves in that position at KCJ also be served.  Id.  Plaintiff contends that she will be able to testify under oath to the retaliation that occurred.  Id.

II.    DISCUSSION

Despite the fact that Plaintiff's subpoena requests are incomplete, the Court will take judicial notice of the address of the Kings County Jail in Hanford, California where the witnesses are employed and use it herein to calculate witness and travel fees so that Plaintiff may begin to collect money orders in the appropriate amounts.

A.  Witness and Travel Fees for Defendants Alcala, Valdes & Putnam

With respect to Plaintiff's request that the travel and witness fees for Defendants Alcala, Valdes and Putnam be waived, in the order that is being issued concurrently with this one, prior to granting this request, Defendants will be given an opportunity to file an opposition to the Plaintiff's waiver request.  Because Defendants have fourteen days to do so, the travel and witness fees for these three Defendants will not be calculated in this order but may at a later time depending on the response, if any, by Defendants.   Once any views by Defendants have been

---

[1]  Again, Plaintiff is cautioned that he must correctly name individuals and provide correct addresses of the individuals he wishes to serve.  Failing to do so is likely to result in the U.S. Marshal's inability to serve those individuals.

1  presented to the Court, the Court may then revisit the need to calculate witness and travel fees for

2  these three witnesses.

3  **B.  Witness and Travel Fees for "D.T. Marci" and "Sergeant Sriber"**

4  Assuming that witnesses "D.T. Marci" and "Sergeant Sriber" can be located and served

5  with subpoenas at the Kings County Jail in Hanford, California, consistent with the guidelines

6  provided by the United States General Services Administration,[2] their travel expenses by

7  government vehicle to and from the Robert E. Coyle Federal Building in Fresno, California will

8  be at the rate of $15.62 per day per person, roundtrip, for a total of $31.24.[3]  Also, assuming that

9  Marci and Sriber will only need one day to provide their testimony, the witness fees for each will

10  be $40.00, for a total of $80.00.  See ECF No. 51 at 5 (stating daily witness fee).  Therefore, the

11  travel expenses and daily witness fees for Marci and Sriber come to a total of:  $111.24, or $55.62

12  each.

13  Plaintiff will need to submit two money orders to the Court of $55.62 each, one made

14  payable to Marci, and one made payable to Sriber.  See ECF No. 51 at 5.  Plaintiff is reminded

15  that the subpoenas will not be served on Marci and Sriber by the United States Marshal unless the

16  money orders are tendered in advance to the Court.  See id.

17  **C.  Additional Considerations for Plaintiff**

18  Plaintiff is encouraged to review the second scheduling order carefully.  Given that the

19  date in it for Plaintiff to submit the money orders to the Court has passed, Plaintiff is directed to

20  send the money orders to the Court as soon as possible, but no later than fourteen days from the

21  date of this order.  The longer it takes Plaintiff to send the money orders to the Court, the less

22  time the United States Marshal will have to locate and serve Marci and Sriber with the subpoenas.

23  Plaintiff is cautioned that upon receipt of the money orders, and attempted service of the

24  subpoena, if Marci and Sriber cannot be located and served by the United States Marshal with the

25  information he has provided to the Court, or if they are located outside this Court's jurisdiction

26  _____

[2]  See generally https://www.gsa.gov/travel#tab--pov-mileage (last visited January 23, 2025).

27  [3]  The Court has estimated that the distance between the Kings County Jail and the federal

courthouse is approximately 74.4 miles roundtrip.  USGSA guidelines permit travel

28  reimbursement of $0.21 per mile in a government-furnished automobile.

1   (see generally Fed. R. Civ. P. 45(c)), absent their consent to appear voluntarily, Plaintiff will not

2   be able to call them as in-person witnesses.  In the event that this happens, the money orders

3   Plaintiff has sent to the Court will be returned to him.  Therefore, until it has been verified that

4   Marci and Sriber have been served, Plaintiff may wish to retain his receipts from the money

5   orders so that he can be reimbursed for them if they are unable to be served with the subpoenas.

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.   Consistent with the Court's order issued concurrently with this one; the second

8   scheduling order issued October 29, 2024 (see ECF No. 51 at 5), and Federal Rule of Civil

9   Procedure 45, Plaintiff shall EITHER:

10              a.   SUBMIT money orders to the Court, made payable to "D.T. Marci" and

11  "Sergeant Sriber"[4] in the amount of $55.62 each (=travel expenses, plus daily witness fee), or

12              b.   INFORM the Court that he is unable to pay "D.T. Marci" and "Sergeant

13  Sriber" for travel expenses, plus their daily witness fee.

14          2.   Plaintiff shall have fourteen days to comply with this order.

15          **Plaintiff is also informed that should the Court determine that the payment of travel**

16  **and witness fees for Defendants Alcala, Putnum, and Valdes is necessary, the Court will**

17  **issue another order that calculates those fees, and Plaintiff will be required to tender those**

18  **as well before any subpoenas are served on Defendants.**

19

20  IT IS SO ORDERED.

21      Dated:   __**January 23, 2025**__              _____**/s/ Gary S. Austin**_____

                                            UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

---

[4]  If the names of these witnesses have been incorrectly spelled, Plaintiff must fill out the money orders with the correctly spelled names.