UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00447 KES GSA (PC)<br><br>ORDER DIRECTING PERSONAL SERVICE OF CIVIL SUBPOENAS UPON PROSPECTIVE WITNESSES BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter is at the trial stage of the proceedings. See generally ECF No. 51 (second scheduling order (trial)). It has been calendared for a jury trial on May 6, 2025, at 8:30 a.m. before United States District Judge Kirk E. Sherriff. See id. at 6.

On February 28, 2025, the Court received notice that in compliance with its most recent order (see ECF No. 71) Plaintiff had sent two money orders to the Court for non-defendant witness fees Brooke Schriber and Marci Snyder.[1] The Court's docket also now indicates that in

---

[1] In the Court's order docketed January 24, 2025, which addressed some of Plaintiff's motions regarding the attendance of witnesses, the Court found that Plaintiff's request to waive the travel and witness expenses of Defendants Alcala, Valdez, and Putnam was reasonable, given that presumably, they would already be present at trial and likely testify, thus subjecting them to cross-examination by Plaintiff. See ECF No. 66 at 4. Prior to granting this request, however,

1

compliance with the Court's most recent order (see ECF No. 78), Plaintiff has also completed and returned the subpoena and USM-285 forms that were sent to him in order to initiate service of civil subpoenas upon all five prospective witnesses. See ECF No. 79 (3/17/25 notice of submission of documents).

The Court therefore finds that the following documents and items are sufficient and appropriate to initiate service of civil subpoenas upon the following five prospective Witnesses and Defendants:

1. Subpoenas for non-defendant Witnesses Brooke Schriber; Marci Snyder;

2. Subpoenas for Defendants Deputy Alfredo Alcala; Deputy Eusebia Valdez, and Sergeant Monique Putnam;

3. Completed USM-285 forms for each of the above-named Witnesses and Defendants, and

4. Money orders for the travel expenses and witness fees for Witness Brooke Schriber and Witness Marci Snyder.

Accordingly, it is HEREBY ORDERED that:

1. For each prospective witness to be served, the Clerk of Court is directed to forward the following documents to the United States Marshals Service:

    a. One (1) completed and issued civil subpoena;

    b. One (1) completed USM-285 form;

    c. A money order made payable to the two non-defendant witnesses, and

    d. Two (2) copies of this order, one to accompany the subpoena, and one for the United States Marshals Service;

2. Within FOURTEEN (14) DAYS from the date of service of this order, the United States Marshals Service is DIRECTED to effect **personal service** of the subpoenas and money orders, along with a copy of this order, upon the individuals named in the subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c):

- **Brooke Schriber;**
- **Marci Snyder;**

---

Defendants were given the opportunity to oppose Plaintiff's fee waiver request. Id. at 4-5. Defendants to date have not filed an opposition to Plaintiff's travel and witness fee waiver requests for the three Defendants.

- **Deputy Alfredo Alcala;**
- **Deputy Eusebia Valdez, and**
- **Sergeant Monique Putnam;**

3. The United States Marshals Service is DIRECTED to retain a copy of each subpoena in its file for future use, and

4. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the United States Marshal Service for photocopying additional copies of the subpoenas and USM-285 forms, and for preparing new USM−285 forms, if required.

IT IS SO ORDERED.

Dated: **March 18, 2025**                    /s/ Gary S. Austin
                                             UNITED STATES MAGISTRATE JUDGE

3