1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN REYNA,                            No.  1:20-cv-00447 KES GSA (PC)

12              Plaintiff,                   SECOND ORDER DIRECTING PLAINTIFF
                                             TO COMPLETE AND RETURN
13        v.                                 SUBPOENAS AND USM-285 FORMS

14   KINGS COUNTY JAIL, et al.,              PLAINTIFF'S COMPLETED FORMS DUE IN
                                             SEVEN DAYS
15              Defendants.

16

17        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the

20   trial stage of the proceedings.  See generally ECF No. 51 (second scheduling order (trial)).

21        On March 31, 2025, via a minute order, the district judge assigned to this case – United

22   States District Judge Kirk E. Sherriff – reset the trial date in it from May 6, 2025, at 8:30 a.m. to

23   May 20, 2025, at 8:30 a.m.  See ECF No. 89 (3/31/25 minute order issued by United States

24   District Judge Kirk E. Sherriff).  As a result, and consistent with the undersigned's findings in its

25   first order which directed Plaintiff to complete and return subpoenas and USM-285 forms (see

26   ECF No. 78 at 2), new civil subpoenas for witness attendance on the new May 20, 2025, trial date

27   will need to be ordered served.  To that end, Plaintiff will be directed to complete the related

28

                                              1

forms and return them to the Court so that the witnesses can be served again by the United States Marshal with subpoenas. Plaintiff will be given seven days to comply with this order.

Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of Court shall send Plaintiff the following for a second time:

        a. Five blank subpoena forms, and

        b. Five blank USM-285 forms.

    2. Within seven days from the date of this order, Plaintiff shall COMPLETE the subpoena and summons forms in their entirety with the correct information for all five witnesses and RETURN them to the Court.

    Upon receipt of the documents from Plaintiff, the Court will order the United States Marshal to serve the subpoenas[1] on the appropriate parties.

IT IS SO ORDERED.

Dated:   __April 9, 2025__         _____ **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Witness fee money orders for uninterested witnesses Brooke Schriber and Marci Snyder have already been received by the Court. See generally 3/19/25 docket entry indicating same.

2