UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>    Plaintiff,<br><br>    v.<br><br>KINGS COUNTY JAIL, et al.,<br><br>    Defendants. | No. 1:20-cv-00447 KES GSA (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE JOHN REYNA IN PERSON FOR TRIAL ON MAY 6, 2025<br><br>(ECF No. 88) |

Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter is at the trial stage of the proceedings. See ECF No. 51 (second scheduling order (trial)).

On March 31, 2025, in a minute order, the district judge assigned to this matter – United States District Judge Kirk E. Sherriff – reset the trial date for this case from May 6, 2025, at 8:30 a.m. to May 20, 2025, at 8:30 a.m. See ECF No. 51 at 6 (scheduling order original trial date); see also ECF No. 89 (minute order new trial date).

As a result of this change of the trial date by District Judge Sherriff, the writ of habeas corpus ad testificandum, which ordered county jail officials to produce Plaintiff for trial on May 6, 2025 (see ECF No. 88), will be vacated herein, and a new writ to produce Plaintiff on May 20,

1

2025, instead will be issued.¹

Accordingly, IT IS HEREBY ORDERED that the writ of habeas corpus ad testificandum issued on March 26, 2025, which directs the Sheriff of Kings County Jail to produce Plaintiff in District Judge Kirk E. Sherriff's courtroom on May 6, 2025, at 8:30 a.m. (ECF No. 88), is VACATED.

A new writ for Plaintiff that is consistent with District Judge Sherriff's minute order that reset the trial date from May 6, 2025, to May 20, 2025 (see ECF No. 89), will issue shortly.

IT IS SO ORDERED.

Dated:   **April 9, 2025**                          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

---

¹ In addition, Plaintiff will have to be sent new subpoena forms for each of the five witnesses to fill out and return. Thereafter, the United States Marshal's Service will need to be ordered to serve the subpoenas a second time on the five witnesses in this case (see ECF Nos 82-86). These orders will issue under separate order.