**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN REYNA,<br>　　　　Plaintiff,<br>　　v.<br><br>KINGS COUNTY JAIL, et al.,<br>　　　　Defendants._____/ | No.  1:20-cv-00447 KES GSA (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

　　Plaintiff John Reyna, inmate no. 1008117, is necessary and material in proceedings in this case on May 20, 2025, is confined in Kings County Jail - Hanford, in the custody of Sheriff David Robinson.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court before the Honorable Kirk E. Sherriff, at the United States District Courthouse, 2500 Tulare Street, 7th Floor, Courtroom 6, Fresno, California, 93721 on May 20, 2025, at 8:30 a.m.

　　Accordingly, IT IS ORDERED that:

　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

　　3.  The Clerk of Court is directed  to serve a courtesy copy of this order via fax on the Litigation Office at Kings County Jail - Hanford at (559) 587-2607 or via e-mail at sheriffbooking@co.kings.ca.us, and

　　4.  The Clerk of Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the United States Marshal for the Eastern District of California.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Sheriff of Kings County Jail – Hanford located at 1550 Kings County Drive, Hanford, California 93230:**

　　**WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **April 9, 2025**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE