1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN REYNA,                                      No.  1:20-cv-00447 KES GSA (PC)

12                        Plaintiff,                   SECOND ORDER DIRECTING PERSONAL
                                                       SERVICE OF CIVIL SUBPOENAS UPON
13           v.                                        PROSPECTIVE WITNESSES BY THE
                                                       UNITED STATES MARSHALS SERVICE
14   KINGS COUNTY JAIL, et al.,                        WITHOUT PREPAYMENT OF COSTS

15                        Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          This matter is at the trial stage of the proceedings.  See generally ECF No. 51 (second

21   scheduling order (trial)).  It has been re-calendared for a jury trial on May 20, 2025,[1] at 8:30 a.m.

22   before United States District Judge Kirk E. Sherriff.  See ECF No. 89 (minute order rescheduling

23   same).

24          On April 21, 2025, the Court received notice that in compliance with the Court's order

25   issued May 9, 2025 (see ECF No. 90), Plaintiff has completed and returned the subpoena and

26   USM-285 forms that were sent to him in order to initiate a second service of civil subpoenas upon

27

28   _____

     [1]  The original trial date was set for May 6, 2025.  See ECF No. 51 at 6 (second scheduling order).

                                                    1

1  all five prospective witnesses.  See ECF No. 94 (4/21/25 notice of submission of documents).  In

2  sum, to date, the following have been provided to the Court:

3        The Court therefore finds that the following documents are present and that collectively

4  they are sufficient and appropriate to initiate service of civil subpoenas upon the following five

5  prospective Witnesses and Defendants:

6      1.  Subpoenas for non-defendant Witnesses Brooke Schriber; Marci Snyder[2;]

7      2.  Subpoenas for Defendants Deputy Alfredo Alcala; Deputy Eusebia Valdez, and Sergeant

8  Monique Putnam, and

9      3.  Completed USM-285 forms for each of the above-named Witnesses and Defendants.

10        Accordingly, it is HEREBY ORDERED that:

11      1.  For each prospective witness to be served, the Clerk of Court is directed to forward the

12  following documents to the United States Marshals Service:

13        a.  One (1) completed and issued civil subpoena;

14        b.  One (1) completed USM-285 form, and

15        c.  Two (2) copies of this order, one to accompany the subpoena, and one for the

16  United States Marshals Service;

17      2.  Within FOURTEEN (14) DAYS from the date of service of this order, the United

18  States Marshals Service is DIRECTED to effect **personal service** of the subpoenas along with a

19  copy of this order upon the individuals named in the subpoenas, pursuant to Rule 45 of the

20  Federal Rules of Civil Procedure and 28 U.S.C. § 566(c):

- **Brooke Schriber;**
- **Marci Snyder;**
- **Deputy Alfredo Alcala;**
- **Deputy Eusebia Valdez, and**
- **Sergeant Monique Putnam;**

    3.  The United States Marshals Service is DIRECTED to retain a copy of each subpoena

in its file for future use, and

---

[2]  Money orders for the travel expenses and witness fees for non-defendant Witnesses Brooke
Schriber and Marci Snyder were forwarded for service on them by the United States Marshal
Service during the first service of process.  See 3/19/25 Court Staff Note entry stating same.

4.   Within TEN (10) DAYS after personal service is effected the United States Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service.  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the United States Marshal Service for photocopying additional copies of the subpoenas and USM-285 forms, and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated:   **April 21, 2025**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE