**FILED**

MAY 21 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>        Plaintiff,<br><br>    v.<br><br>VALDEZ, et al.,<br><br>        Defendants. | No. 1:20-cv-00447-KES-GSA<br><br>NOTICE AND ORDER THAT PLAINTIFF **JOHN REYNA, INMATE NO. 1008117, IS** NO LONGER NEEDED IN THESE PROCEEDINGS AND DISCHARGING THE WRIT OF HABEUS CORPUS AD TESTIFICANDUM |

The jury trial in this matter commenced on May 20, 2025, and **Plaintiff John Reyna, Inmate No. 1008117,** has testified and represented himself as his own attorney and is no longer needed by the court in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 5/21/2025

_____
KIRK E. SHERRIFF
UNITED STATES DISTRICT JUDGE