**FILED**

**JUDGMENT ENTERED**

<u>MAY 21, 2025</u>
Date
by: <u>Victoria Gonzales</u>
Deputy Clerk

U.S. District Court
Eastern District of California

<u>  XX  </u>   **CASE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JOHN REYNA,

      Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:20-CV-00447-KES-GSA

VALDEZ ET. AL.,

      Defendant.
_____/

      JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      IT IS HEREBY ORDERED AND ADJUDGED that:

   *JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENSE, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 5/21/2025.*

DATED: 05/21/2025

                      KEITH HOLLAND, Clerk

                      <u>/S/ Victoria Gonzales</u>
              By:     Deputy Clerk

jgm.civ
2/18/2025